IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Alexis Lokey** | : | CHAPTER:  13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No:  **19-10056\jkf** |

CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Dated: **May 13, 2019**                                            Respectfully Submitted,


                                                                                        **\s\ Michael D. Sayles**
                                                                                        Michael D. Sayles
                                                                                        Attorney for Debtor
                                                                                        427 W. Cheltenham Avenue
                                                                                        Elkins Park, PA  19027
                                                                                        215-635-2270 (phone)
                                                                                        215-424-1263 (fax)
                                                                                        Midusa1@comcast.net (e-mail)