UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Alexis Lokey** ) | Chapter 13 | |
| ) | | |
| ) | | |
| Debtor ) | | |
| ) | Bankruptcy No.: **19-10056\jkf** | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

**Date: August 7, 2019**

By the Court:

*/s/ Jean K. FitzSimon*

Bankruptcy Judge

Dated:_____

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

Scott Waterman, Esquire
PO Box 4010
Reading, PA 19606