IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Alexis Lokey** : | Bankruptcy No.: **19-10056\jkf** |
| : | |
| : | |
| DEBTOR : | CHAPTER 13 |

**ADDENDUM TO DEBTOR'S AMENDED**
**CHAPTER 13 PLAN POST CONFIRMATION**

Debtor shall tender, over the course of her Amended Chapter 13 Plan Post Confirmation, an additional payment in the amount of **$45.00** to the Office of the Chapter 13 Standing Trustee Scott Waterman

Date: May 22, 2020

\s\ **Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor
427 West Cheltenham Ave.
Suite #2
Elkins Park, PA  19027
Tel:  215-635-2270
midusa1@comcast.net