| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-10056-AMC

ALEXIS S  LOKEY  
8523 TEMPLE ROAD  
PHILADELPHIA  PA    19150

Petition Filed Date: 01/04/2019  
341 Hearing Date: 03/01/2019  
Confirmation Date: 08/07/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/07/2019 | $200.00 | 25742425296 | 04/30/2019 | $200.00 | 25876610943 | 05/20/2019 | $200.00 | 25876613092 |
| 07/08/2019 | $400.00 | 25876620393 | 03/04/2020 | $500.00 | | 06/11/2020 | $168.00 | |
| 07/13/2020 | $168.00 | | 08/11/2020 | $168.00 | | | | |

**Total Receipts for the Period:  $2,004.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $2,004.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Unsecured Creditors | $7,616.16 | $0.00 | $7,616.16 |
| 6 | CAPITAL ONE AUTO FINANCE<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | EDUCATIONAL CREDIT MGMT CORP<br>»» 005 | Unsecured Creditors | $28,254.38 | $0.00 | $28,254.38 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $609.99 | $0.00 | $609.99 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 001 | Unsecured Creditors | $2,588.84 | $0.00 | $2,588.84 |
| 9 | NAVIENT - US DEPT OF EDUCATION<br>»» 009 | Unsecured Creditors | $57,516.10 | $0.00 | $57,516.10 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Mortgage Arrears | $8,089.19 | $0.00 | $8,089.19 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 03S | Secured Creditors | $330.21 | $0.00 | $330.21 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 03U | Unsecured Creditors | $438.67 | $0.00 | $438.67 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 04S | Secured Creditors | $144.98 | $0.00 | $144.98 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 04U | Unsecured Creditors | $31.90 | $0.00 | $31.90 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MICHAEL D SAYLES  ESQ<br>»» 011 | Attorney Fees | $2,500.00 | $1,668.50 | $831.50 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $775.00 | $0.00 | $775.00 |

**Chapter 13 Case No. 19-10056-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $2,004.00 | Current Monthly Payment: | $168.00 |
| Paid to Claims: | $1,668.50 | Arrearages: | $168.00 |
| Paid to Trustee: | $184.30 | Total Plan Base: | $13,137.00 |
| Funds on Hand: | $151.20 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.