UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Alexis Lokey**            )        Chapter 13
                                   )
                                   )
                                   )
            Debtor        )        Bankruptcy No. 19-10056

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing supplemental application for compensation and reimbursement of expenses for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $775.00 |
| Amounts already paid by Debtor: | $-0- |
| Net amount to be paid by Trustee: | **$775.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated:_____        _____
**Date: November 16, 2020**                Bankruptcy Judge