United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-10056-amc

Alexis S. Lokey     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Apr 14, 2021     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis S. Lokey, 8523 Temple Road, Philadelphia, PA 19150-1908 |
| 14254407 | | Allied Interstate, Collection Consultants Division, c/o: Doubleay Book Club, PO Box 9017, Oceanside, NY 11572 |
| 14254409 | | Chestnut Hill Hospital, PO Box 12939, Philadelphia, PA 19176-0939 |
| 14254410 | | Children's Hospital of Philadelphia, Physician Billing - PB CHOP, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8017 |
| 14254416 | + | Commonwealth of Pennsylvania, c/o First Judicial Probation Depart, 1401 Arch Street, Philadelphia, PA 19102-1525 |
| 14254417 | | Dental Solutions - Cheltenham, 2385 Cheltenham Avenue, Philadelphia, PA 19150 |
| 14269794 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14254419 | | Einstein Dental Medicine, 5501 Old York Road, Paley Bldg. 2nd Floor, Philadelphia, PA 19141-3018 |
| 14254423 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14254425 | | Midland Funding LLC, 1315 Aero Drive, San Diego, CA 92123 |
| 14254430 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14254432 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14254431 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14254434 | ++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521 address filed with court:, Plain Green Loans, Attn: Customer Support, 93 Mack Road Suite 600, PO Box 255, Box Elder, MT 59521 |
| 14254433 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14254441 | | Tri-County Hospitalists, LLC, PO Box 37803, Baltimore, MD 21297-7803 |
| 14283989 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING, FINANCE AGENCY), c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14287863 | + | U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14254442 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 15 2021 04:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 15 2021 04:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 15 2021 04:08:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 15 2021 03:46:39 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: pdf900 | Total Noticed: 54 |

| ID | Delivery | Timestamp | Recipient |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:34:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14267194 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 15 2021 04:08:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14254408 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 15 2021 03:51:11 | American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14341340 | Email/Text: megan.harper@phila.gov | Apr 15 2021 04:09:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14254413 | Email/Text: megan.harper@phila.gov | Apr 15 2021 04:09:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14254414 | Email/Text: megan.harper@phila.gov | Apr 15 2021 04:09:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14256066 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 15 2021 03:58:03 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14273171 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 15 2021 03:34:28 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14254411 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2021 03:47:30 | Children's Place, POB 6497, Sioux Falls, SD 57117-6497 |
| 14254412 | + Email/Text: megan.harper@phila.gov | Apr 15 2021 04:09:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14254415 | Email/Text: documentfiling@lciinc.com | Apr 15 2021 04:08:00 | Comcast Cable, PO Box 3007, Southeastern, PA 19398-3007 |
| 14254418 | Email/Text: G06041@att.com | Apr 15 2021 04:09:00 | DIRECTV, PO Box 11732, Newark, NJ 07101-4732 |
| 14254420 | + Email/Text: bknotice@ercbpo.com | Apr 15 2021 04:09:00 | Enhanced Recovery Corp., PO Box 57547, Jacksonville, FL 32241-7547 |
| 14254421 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Apr 15 2021 04:08:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 14254422 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 15 2021 04:08:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 14277010 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2021 03:34:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14254424 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2021 04:09:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14254426 | Email/PDF: pa_dc_claims@navient.com | Apr 15 2021 03:58:16 | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14254427 | + Email/PDF: pa_dc_ed@navient.com | Apr 15 2021 03:34:33 | Navient - Department of Education, PO Box 740351, Atlanta, GA 30374-0351 |
| 14302429 | Email/PDF: pa_dc_claims@navient.com | Apr 15 2021 03:58:14 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14254428 | + Email/Text: blegal@phfa.org | Apr 15 2021 04:09:00 | PA Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 14254591 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2021 03:46:48 | PRA Receivables Management, LLC, PO Box |

Case 19-10056-amc    Doc 80    Filed 04/16/21    Entered 04/17/21 00:50:25    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 14254429 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 15 2021 04:08:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14254436 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Apr 15 2021 03:46:32 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 14254437 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:46:24 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14254438 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:46:23 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14254439 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Apr 15 2021 03:34:09 | T-Mobile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 14254440 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 15 2021 04:09:00 | Transworld Systems, PO Box 17205, Wilmington, DE 19850-7205 |
| 14254443 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 15 2021 04:08:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14254444 | | Email/Text: megan.harper@phila.gov | Apr 15 2021 04:09:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14282747 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14254435 | ##+ | Porania LLC, PO Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |

MICHAEL D. SAYLES
    on behalf of Debtor Alexis S. Lokey midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

POLLY A. LANGDON
    on behalf of Trustee Scott F Waterman ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

Scott F Waterman
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee Scott F Waterman ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ALEXIS S LOKEY<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 19-10056-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: April 14, 2021

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE